# INTERROGATION; ADVICE OF RIGHTS

## YOUR RIGHTS

Place _Havre, MT_
Date _9/11/06_
Time _1:05 pm_

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed: _Geneva Nadeau_

Witness: _SSty S. Ell/FBI_

Witness: _____

Time: _1:09 pm_

DEFENDANT'S EXHIBIT "501"



Roughly about one year ago, I did place my finger in Xavier's bottom while putting lotion on him after a bath. It was a one time incident that happened while no one else was home but him and I.
It has not occured since or with my other children.

Geneva Vadeau
9-11-06

Q.) Did you place your finger in Xavier's anus for a sexual reason?
G.V.A.) sexual curiosity

Q.) How long did the incident last?
A.) Around one minute

SA Soley E Soney FBI
9/11/06

SA [signature], FBI
9/11/06



DEFENDANT'S EXHIBIT
"502"

Q. Did you place your finger in Xavier Walker's anus for sexual gratification?
GN A.) sexual curiosity

GN Q. When did this occur?
A.) About one year ago

Q. Did this occur on the Fort Belknap Indian Reservation?
GN A.) yes

Q. Why did this incident happen with Xavier?
GN A) based on past and child's proximity

Q. How did this incident happen with Xavier?
GN A) right hand pinkie

GN Q. Is this statement truthful?
A) yes

Q. Were any promises made to you to provide this statement?
GN A.) NO

Q. Were you forced in any fashion to provide this statement?
GN A) NO

Q. Did you provide this statement voluntarily?
GN A Yes

Q.) Were you told what to say in this statement?
GN A.) NO

SA [signature] 9/11/06, FBI

Genera Nadian
9-11-06

SA [signature] FBI
9/11/06